**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 01-2271**

---

VIVIAN M. BERSCAK,

Plaintiff - Appellant,

versus

UNITED STATES POSTAL SERVICE, by and through
William Henderson, the Post Master General,

Defendant - Appellee.

---

Appeal from the United States District Court for the Eastern
District of North Carolina, at Elizabeth City.  Terrence W. Boyle,
Chief District Judge.  (CA-98-45-2-BO-2)

---

Submitted:  June 28, 2002          Decided:  July 10, 2002

---

Before LUTTIG, WILLIAMS, and GREGORY, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Branch W. Vincent, III, TWIFORD LAW FIRM, L.L.P., Manteo, North
Carolina, for Appellant.  John S. Bruce, United States Attorney,
Anne M. Hayes, Assistant United States Attorney, Jerri U. Dunston,
Assistant United States Attorney, Raleigh, North Carolina, for
Appellee.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Vivian M. Berscak appeals the district court's order granting her employer's motion for summary judgment in this civil action alleging employment discrimination. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>See Berscak v. United States Postal Serv.</u>, No. CA-98-45-2-BO-2 (E.D.N.C. Aug. 17, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

2